UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT MCHARDY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KIT DIGITAL, INC., KALIEL TUZMAN, ROBIN SMYTH, and GAVIN CAMPION,<br><br>Defendants. | CASE NO. 1:12-CV-4199 (VM)<br><br>CLASS ACTION |
| FBO STEPHEN N. CONRAD PERSHING LLC AS CUSTODIAN ROLLOVER ACCOUNT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KIT DIGITAL, INC., KALIEL TUZMAN, ROBIN SMYTH, and GAVIN CAMPION,<br><br>Defendants. | CASE NO. 1:12-CV-5446 (VM) |

**RESPONSE OF FRANZ HELLWIG TO THE
COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF**

On July 25th, 2012, Franz Hellwig was one of eight applicants (the "Movants") that moved this Court, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for appointment as lead plaintiff in the above captioned actions.

Under the PSLRA, the Court should appoint as lead plaintiff the Movant with the largest financial interest in the relief sought by the class that also meets the adequacy and typicality prongs of Fed. R. Civ. P. 23.  15 U.S.C. § 78u-4(a)(3)(B)(iii).  Although Franz Hellwig satisfies

the requirements of Rule 23, Mr. Hellwig's loss of $124,904 does not appear to represent the largest financial interest amongst the Movants.

However, should the Court find that the Movant with the largest financial interest is unwilling or inadequate under the requirements of the PSLRA, Mr. Hellwig remains willing to serve as lead plaintiff on behalf of the class.

|  |  |
|---|---|
| Dated: August 7, 2012 | Respectfully submitted, |
|  | */s/ Andrei V. Rado* |
|  | Andrei V. Rado<br>Johnathan P. Seredynski<br>**MILBERG LLP**<br>One Pennsylvania Plaza, 49th Floor<br>New York, New York  10119<br>Telephone: (212) 594-5300<br>Facsimile:  (212) 868-1229<br>E-mail:  arado@milberg.com<br>           jseredynski@milberg.com |
|  | ***Counsel For Franz Hellwig and [Proposed] Lead Counsel for the Class*** |

2