UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT MCHARDY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KIT DIGITAL, INC., KALIEL TUZMAN, ROBIN SMYTH and GAVIN CAMPION,<br><br>Defendants. | Case No 1:12-cv-04199-VM |
| FBO STEPHEN N. CONRAD PERSHING LLC AS CUSTODIAN ROLLOVER ACCOUNT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KIT DIGITAL, INC., KALEIL TUZMAN, ROBIN SMYTH, and GAVIN CAMPION,<br><br>Defendants. | Case No. 1:12-cv-05446-UA |

### RESPONSE TO COMPETING MOTIONS FOR LEAD PLAINTIFF BY MOVANT MAREK VASUT

Lead plaintiff movant Marek Vasut ("Vasut") filed his motion for lead plaintiff on July 25, 2012, claiming losses of $184,829.09. While Vasut complies with the requirements of Rule 23, having reviewed the competing lead plaintiff motions, Vasut does not appear to have the largest financial interest. 15 U.S.C. § 78u-4(a)(3)(B)(iii). However, should the Court find that the Movant with the largest financial interest is unwilling or inadequate under the requirements of the PSLRA, Vasut remains willing to serve as lead plaintiff on behalf of the class.

|  |  |
|---|---|
| Dated: August 8, 2012 | **LEVI & KORSINSKY LLP** |//

Dated: August 8, 2012                              **LEVI & KORSINSKY LLP**

/s/ Nicholas I. Porritt
Nicholas I. Porritt
Thomas M. Gottschlich
1101 30th Street, NW
Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 333-2121

Eduard Korsinsky
LEVI & KORSINSKY LLP
30 Broad Street
24th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171